**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SANDY H. LIEU,

    Plaintiff,

v.                                                             Case No. 3:07cv345/MCR/MD

SANDY SANSING CARS, INC.
d/b/a SANDY SANSING MAZDA,

    Defendant.
_____/

## ORDER OF DISMISSAL

    This cause is before the court upon the Joint Stipulation for Dismissal filed by Defendant. (Doc. 44). Upon consideration of the foregoing, the above-entitled action is **DISMISSED** with prejudice, each party to bear their respective costs. The Clerk is directed to close the case in its entirety for all purposes.

    **ORDERED** on this 18th day of December, 2007.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS
                                              UNITED STATES DISTRICT JUDGE**